ONE FLINT ST., LLC, et al., Respondents, v EXXON MOBIL CORPORATION et al., Appellants, et al., Defendants.

Submitted May 5, 2014; decided June 12, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD MILLS, Appellant, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, et al., Respondents.

Submitted April 28, 2014; decided June 12, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 864 (2014)]. Motion for poor person relief dismissed as academic.

Judge PIGOTT taking no part.